PATRICK KANE ET AL.

v.

THE PEOPLE, etc.

MOTION TO STRIKE BILL OF EXCEPTIONS FROM FILES.—A motion to strike the bill of exceptions from the files and dismiss the appeal comes too late, after joinder in error.

PER CURIAM. The motion of appellees to strike the bill of exceptions from the files and dismiss the appeal herein comes too late after joinder in error: Matson v. Connelly, 24 Ill. 142; Brockway v. Rowley, 66 Ill. 99; Bolton v. McKinley, 19 Ill. 404.

Motion overruled.